AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Houston Casulaty Company )<br>*Plaintiff* )<br>v. )<br>Trident Construction Services LLC )<br>*Defendant* ) | Civil Action No.   2:22-cv-02037-RMG |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that

❒ other: having GRANTED HCC's motion for summary judgment and having DENIED Trident's motion for summary judgment, this action is dismissed.

This action was

❒ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date:   June 11, 2024                         *CLERK OF COURT*   Robin L. Blume

                                                                    s/S. Shealy

                                                      *Signature of Clerk or Deputy Clerk*